Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

_____ District of New Hampshire

_____ Division

FILED - USDC - NH
2023 NOV 16 AM 10:07

Alexander Alfaro
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

"See attached"
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Alexander Alfaro #91540 |
   | Street Address | 138 E. Milan Rd. |
   | City and County | Berlin, Coös County |
   | State and Zip Code | NH, 03570 |
   | Telephone Number | N/A |
   | E-mail Address | N/A |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**
- Name: Helen E. Hanks
- Job or Title (if known): Commissioner of NH DOC
- Street Address: ~~105 Pleasant St. PO Box 1806~~ 64 South St.
- City and County: ~~Concord, NH~~ Concord, Merrimack County
- State and Zip Code: New Hampshire 03302
- Telephone Number: N/A
- E-mail Address (if known): N/A

**Defendant No. 2**
- Name: Paula Mattis
- Job or Title (if known): Director of Medical and Forensic Services NHDOC
- Street Address: ~~105 Pleasant St. PO Box 1806~~ 64 South St.
- City and County: Concord, Merrimack County
- State and Zip Code: New Hampshire 03302
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 3**
- Name: Alexis M. Isabelle
- Job or Title (if known): NH DOC Dental Staff
- Street Address: New Hampshire State Prison PO Box 14
- City and County: Concord, Merrimack County
- State and Zip Code: New Hampshire 03302
- Telephone Number: N/A
- E-mail Address (if known): N/A

**Defendant No. 4**
- Name: John Doe
- Job or Title (if known): Dentist
- Street Address: 138 E. Milan Rd
- City and County: Berlin, Coos County
- State and Zip Code: New Hampshire, 03570
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**Eigth Amendment**

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* **Alexander Alfaro**, is a citizen of the State of *(name)* **New Hampshire**.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) **"See Attached"**

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

of Pain and Suffering

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Northern New Hampshire Correctional facility, 138 E. Milan Rd. Berlin, NH 03570

B. What date and approximate time did the events giving rise to your claim(s) occur?

I dont remember the 1st date of the x ray I believe It was feb 2021 but I dont want to lie to the court so Im going with for Now Please allow to change later

february ~~2021~~ 2022 — As of November 2023 and on going

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"Please see Attached"

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

It has almost been 3 years since this issue started I am in In pain all day, I can not eat right, sometimes Don't eat Because of the Pain. The Nerve is exposed, IM lossing weight weight. The sharp eages cut cut me all the time and will lose the tooth because of of lack of timely treatment.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Perliminary Injunction: Planintff fears retaliation because of this complaint I want to Be sent to a outside dentist to extract the tooth and fix any other issues. Because of the reaction of Staff because of the Grievance last time I fear It will be worst. Compensatory Damages: Planintff is ask for Money Due to Pain and Suffering My understanding is that Its 1,000$ per day. As Stated Before If Issue Stater in feb 2020 IM asicing for 635,000$ or It was in 2022 730,270$. Planintff is Pro se and IF It's More I want to reserve the right to Amend.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/13/23

Signature of Plaintiff: *Alexander Alfaro*
Printed Name of Plaintiff: Alexander Alfaro

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Attached for
Page 3 of 6

(1) The defendant Helen E. Hanks, is a citizen of the State of New Hampshire (Both in her Individual and official Capacity)

(2) Paula Mattis, is a citizen of the State of New Hampshire (Both in her Individual and official Capacity)

(3) Alexis M. Isabelle, is a citizen of the State of New Hampshire (Both in her Individual and official Capacity)

(4) Jonh Doe Dentist, is a citizen of the State of New Hampshire (Both in his Individual and official Capacity)

Plaintiff will provide Dentist name when denfendants provide discovery. Also the Plaintiff ask this Honorable Court to reserve the right to Add defendants such as other Individuals involved and or the corporation that employs the dental staff. or anybody else the court deems responsible. The Plaintiff is Pro se Thank you.

Attached for
Page 5 of 6

of 2022 (1)

C. IN February 2021 I was called to Medical to see dental for a cleaning. Since a year has gone by since last time dental did an X-ray. X-ray showed that my upper left molar had a fracture in the filling. I was told by Dental Staff Alexis M. Isabelle that she was going to order an extraction. At that time I asked to see the dentist to see if the tooth can be saved. In the months that pasted I sent 3 (Inmate request slip) asking about an appointment and got no respond. On Aug 14, 2022 I sent an (IRS) to Medical telling them that the filling fell out after it cracked and asked them to please make me an appointment. I got a respons on Aug. 24, 2022 by Dental Staff Alexis M. Isabelle saying "she will schedule me for a 'Dental sick call' APP to update records." I never got one. On Oct 9, 2022 I sent another (IRS) to dental telling them that it was my 5th (IRS) about the same issue I asked to please get my tooth fixed and that I didn't want to put in a grievances to get it fixed. On Oct 27, 2022 MS. Isabelle sent it back saying "we are treating emergent app @ this time." On Dec 14, 2022 I put in a grievance form explaining everything here and also saying that I couldn't clean it right or eat much because of the pain. That I was going through a whole bottle of Ibuprofen a week wich



was not good for me because of my "hep-c". On Jan 13, 2023 Director Paula Mattis sent it back saying that "she will ask for me to be seen and to please go to sick call if I believe I had an infection". I was never called to medical or dental. On April 12, 2023 I sent a grievance form to commissioner Helen E. Hanks same as before I explained the issue. At this time more of the tooth fell out and was breaking off and told Ms. Hanks that because of their negligence I just want the toot pulled because I can not take the pain any more." She sent it back asking me " Have you used sick call to assist you? I have also asked for you to receive triage" that was on May 5, 2023. At that time I was called down to medical sick call. every stuff kept asking me please not to grievance them to use sick call, I don't have the money to go everyday to sick call I told them. At that point I got antibiotics because I had an infection and was told that dental asked for me to come to the next dental sick call which was 2 days later. That day Ms. Isabelle had the new dentist look in my mouth at that point he said nothing can be done to save the tooth that it needed to be extracted. Ms. Isabelle told me she was booked all the way to mid September

(3)

At this point I seen people from my own unit get teeth pulled affther only waiting a month so I go to dental sick call again on Sep 21, 2023 again I was to By Ms. Isabelle that she was Booked that I have to wait, I sent one last Grievance form to Commissioner Hanks explaining the same Issuse and added "due to lack of timely treatment I have to lose my tooth and that waking each morning with the stink and Bad tast of food stuck in the tooth and Also the pain I'm in all day reminds me of the cruel treatment. And that I have used All the proper administrative channels already and that I have a sufficient claim for deliberate indefference to my dental need. That thats the last thing I want to do all I want is for them to fix this. I sealed It put It up to the camara at 8.26pm Oct 8. 2023 and Dropped It in the Box. for some reason Director Paula Mattis crosses out Commissioner and writes me Back saying "I asked for you to Be scheduled Repetaly" as of today Nov 12, 2023 Nothing has Been Done.

Alexander Alfaro

Alexander Alfaro #91590
38 E. Milan RD.
Berlin, NH 03570

To: Office of the Clerk of Court
U.S. District Court for the District of NH
55 Pleasant St. Room 110
Concord, NH 03301

